**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONICA MUNHOZ GOMES, Individually, and as Administrator Ad Prosequendum of the ESTATE OF RENATO ROBERTO GOMES, Deceased, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :     CIVIL ACTION NO. <br> : |
| KLIDJAN BOZALI, JAG LEASING, INC., KAG LEASING, INC., JOHN and JANE DOES 1-10 (said names being fictitious and unknown) and ABC CORPORATIONS 1-10 (fictitious individuals, corporations or other business entities presently unidentified), | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## NOTICE OF REMOVAL

Please take notice that Defendants Klidjan Bozali and KAG Leasing, Inc. file this Notice of Removal and hereby remove to this Court the state court action described below, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

## I.   STATEMENT OF THE CASE

1. On or about February 5, 2019, Plaintiff Monica Munhoz Gomes, Individually, and as Administrator Ad Prosequendum of the Estate of Renato Roberto Gomes, Deceased ("Plaintiff") commenced this action by filing suit in the Superior Court of New Jersey, Essex County, entitled *Monica Munhoz Gomes v. Bozali, et al.*, Docket No. ESX-L-0983-19. See Exhibit "A", a true and correct copy of Plaintiff's Complaint.

2. The defendants named in the suit are Klidjan Bozali ("Bozali"), KAG Leasing, Inc. ("KAG"), and JAG Leasing, Inc. JAG Leasing, Inc. does not exist or, at the very least, is

not an existing company that is in any way affiliated with KAG, Bozali, or this incident as the averments of the Complaint suggest.  As such, JAG Leasing, Inc. will be disregarded for purposes of this Notice.

3.      The Summons and Complaint were served on KAG and Bozali on February 14, 2019.  Pursuant to 28 U.S.C. §1446(a), a true and correct copy of the Summonses served on KAG and Bozali, respectively, are attached hereto collectively as Exhibit "B".

4.      Per the Complaint, as best as defendants can decipher, Plaintiff is a resident of New Jersey.  See Ex. A, First Count, ¶¶ 1 and 12.

5.      KAG is a corporation that is incorporated in Delaware and, per the Complaint, has its principal place of business in Ohio, as well.  To be clear, KAG is not an LLC nor a citizen of New Jersey.

6.      Bozali is a citizen of Pennsylvania, which is also the state in which he was served.  To be clear, Bozali is not a citizen of New Jersey.

7.      Accordingly, this is an action by a (upon information and belief) New Jersey resident against a non-New Jersey corporate entity and a non-New Jersey individual.[1]

8.      Plaintiff's Complaint seeks relief arising out of a July 10, 2018 incident involving Bozali and Plaintiff's decedent whereby decedent was struck while riding his bicycle on Adams Street, at or near its intersection with Thomas Street, City of Newark, County of Essex and State of New Jersey.  See Ex. A, First Count, ¶ 10.

9.      Plaintiff contends that decedent was killed as a result of this collision with Bozali.  Id. ¶ 11.

10.      As a result, Plaintiff brings causes of action for, among other things, wrongful death and survivorship, and seeks damages in connection therewith.  See generally Ex. A.

---

[1]      Pursuant to 28 U.S.C. § 1441(b)(1), "[i]n determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."  As such, "defendants" John and Jane Does 1-10 and ABC Corporations 1-10 need not be considered in this analysis.

11.     Because the parties are diverse and the relief sought exceeds, upon information and belief, the $75,000 amount-in-controversy requirement, this action is within the diversity jurisdiction of this Court, and removal is proper, as further detailed below.

## II.     BASIS FOR REMOVAL

12.     Plaintiff alleges causes of action for wrongful death and survivorship arising from the above-referenced July 10, 2018 collision.  See generally Ex. A.

### A.  COMPLETE DIVERSITY JURISDICTION EXISTS

13.     Under 28 U.S.C. § 1332(a), diversity jurisdiction exists if the action is between citizens of different/foreign states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

14.     Plaintiff is, upon information and belief, an individual and citizen of the State of New Jersey.  See Ex. A at ¶¶ 1, 12; see also Snyder v. Harris, 394 U.S. 332, 340 (1969) (residence of plaintiff determinative of citizenship for diversity jurisdiction).

15.     According to 28 U.S.C. § 1332(c)(1), a corporation is "a citizen of any State by which it has been incorporated and of ***the*** State where it has its principal place of business." (Emphasis added).

16.     KAG is a corporation incorporated in Delaware, and its principal place of business is located in Ohio.

17.     Bozali resides at 3350 S. Front Street, Whitehall, PA 18052.  As such, he is a citizen of the Commonwealth of Pennsylvania.

18.     Accordingly, there is complete diversity of citizenship between Plaintiff (New Jersey resident) and defendants (Delaware/Ohio corporation and Pennsylvania individual).

19.     Removal is proper within 30 days of receiving service of the Complaint.  See 28 U.S.C. § 1446(b).

LEGAL\39999715\1

20.    Service upon defendants was effectuated on February 14, 2019, less than 30 days before the filing of the within Notice of Removal.

## B. THE AMOUNT IN CONTROVERSY EXCEEDS THE JURISDICTIONAL MINIMUM OF THIS COURT

21.    Defendants dispute they are liable for any amount whatsoever related to the matter in controversy; however, it appears from the Complaint that Plaintiff will allege that her claims will exceed $75,000, insofar as:

(a)    Plaintiff claims decedent suffered "serious physical injuries and death" as a result of the subject incident.  Ex. A, First Count, ¶ 10.

(b)    Plaintiff claims decedent as a result of the incident "sustained severe and permanent personal injuries of body, mind and motion, resulting in death, endured excruciating pain and suffering over a prolonged period, became disabled and impaired, incurred liabilities for medical care and treatment, lost employment earnings, and suffered a significant diminution in the quality and enjoyment of life."  Id. ¶ 11.

(c)    Plaintiff claims that as a result of the incident she and her children have "suffered devastating losses, including economic losses."  Id., Third Count, ¶ 3.

(d)    Plaintiff claims that as a result of the incident she is "liable for and, in fact, paid for the funeral and burial expenses and charges for decedent."  Id., Fourth Count, ¶ 2.

## C. PROPER VENUE

22.    Venue for the purpose of removal is proper in this district under 28 U.S.C. § 1446(a) because the United States District Court, District of New Jersey (Newark) is the judicial district embracing Essex County, where the state court action was brought.

## III.    JURY DEMAND

23.    Plaintiff requested a trial by jury in the Complaint.  See Ex. A.

## IV.   NOTICE OF REMOVAL GIVEN TO STATE COURT

24.     Counsel for KAG and Bozali will, upon filing this Notice of Removal, file a copy of the Notice of Removal with the Superior Court of New Jersey, Essex County, and will serve a copy of same upon Plaintiff's counsel, as required by 28 U.S.C. § 1446(d).

## V.   NO WAIVER

25.     KAG and Bozali hereby assert that this removal in no way constitutes: a waiver of any jurisdictional defenses to Plaintiff's claims; a waiver of any defense or contest to the validity and effectiveness of service of process upon KAG and Bozali; a waiver of the statute of limitations defense; a waiver of the defense that KAG and Bozali are not proper parties to this lawsuit; or a waiver of any other defenses, counterclaims, or challenges to the Complaint.

## V.   CONCLUSION

This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332.  The instant action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  Accordingly, removal of this action is proper pursuant to 28 U.S.C. § 1441(b).  KAG and Bozali respectfully request that further proceedings in the state court action be discontinued and the state action be removed to the United States District Court for the District of New Jersey (Newark).

WHEREFORE, Defendants KAG Leasing, Inc. and Klidjan Bozali respectfully request that the above-described action pending in the Superior Court of New Jersey, Essex County, be removed to the United States District Court, District of New Jersey (Newark).

COZEN O'CONNOR

By:  _/s/ Paul K. Leary, Jr._
        Paul K. Leary, Jr.
        Dylan M. Alper
        One Liberty View

457 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
(856-910-5000)
PLeary@cozen.com
DAlper@cozen.com
*Attorneys for Defendants Klidjan Bozali
and KAG Leasing, Inc*

Dated:  March 6, 2019

6

## <u>CERTIFICATE OF SERVICE</u>

I certify that the foregoing Notice of Removal was served on counsel for plaintiff on

March 6, 2019 via first-class mail, postage prepaid, addressed as follows:

Robert H. Baumgarten, Esquire
Ginarte Gallardo Gonzalez Winograd LLP
400 Market Street
Newark, NJ  07103
*Attorney for Plaintiff*

<u>*/s/ Paul K. Leary, Jr.*</u>
Paul K. Leary, Jr.

# Exhibit A

Robert H. Baumgarten, Esq-Atty Id No.: 001591985
GINARTE GALLARDO GONZALEZ
WINOGRAD, L.L.P.
400 MARKET STREET
NEWARK, NEW JERSEY 07105
Our File No.: 252927
Attorneys for Plaintiff Monica Munhoz Gomes
as Administrator Ad Prosequendum
of the Estate of Renato Roberto Gomes

| | |
|---|---|
| MONICA MUNHOZ GOMES, Individually, and as Administrator Ad Prosequendum of the ESTATE OF RENATO ROBERTO GOMES, Deceased, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ESSEX COUNTY |
| Plaintiff, | DOCKET NO.: ESX-L- CIVIL ACTION |
| vs. | COMPLAINT |
| KLIDJAN BOZALI, JAG LEASING INC., KAG LEASING INC., JOHN and JANE DOES 1-10 (said names being fictitious and unknown) and ABC CORPORATIONS 1-10 (fictitious individuals, corporations or other business entities presently unidentified), | |
| Defendants. | |

Plaintiff Monica Munhoz, Individually, and as Administrator Ad Prosequendum of the

Estate of Renato Roberto Gomes, by way of Complaint against the defendants says:

### FIRST COUNT

1.   On or about July 10, 2018, plaintiff's decedent, residing at 99 Prospect Street, Newark,

New Jersey was a bicyclist on Adams Street, at or near its intersection with Thomas Street, City

of Newark, County of Essex and State of New Jersey.

2.     On or about July 10, 2018, Defendant JAG LEASING INC., with an office at 4366 Mt. Pleasant Street NW, North Canton, Ohio, was the owner of that certain 2018 truck bearing Ohio license plate PWG4338.

3.     On or about July 10, 2018, Defendant KAG LEASING INC., with an office at 4366 Mt. Pleasant Street NW, North Canton, Ohio, was the owner of that certain 2018 truck bearing Ohio license plate PWG4338.

4.     On or about July 10, 2018, Defendant KLIDJAN BOZALI was the operator of that certain 2018 truck bearing Ohio license plate PWG4338.

5.     At all times hereinafter mentioned, Defendant KLIDJAN BOZALI operated that certain 2018 truck bearing Ohio license plate PWG4338 with the permission and consent of Defendants JAG LEASING INC. and KAG LEASING INC.

6.     At all times hereinafter mentioned, Defendant KLIDJAN BOZALI operated that certain 2018 truck bearing Ohio license plate PWG4338 while in the course of his employment with Defendant JAG LEASING INC.

7.     At all times hereinafter mentioned, Defendant KLIDJAN BOZALI operated that certain 2018 truck bearing Ohio license plate PWG4338 while in the course of his employment with Defendant KAG LEASING INC.

8.     At all times hereinafter mentioned, Defendant KLIDJAN BOZALI operated that certain 2018 truck bearing Ohio license plate PWG4338 while acting as the agent of the vehicle's owner Defendant JAG LEASING INC.

9.     At all times hereinafter mentioned, Defendant KLIDJAN BOZALI operated that certain 2018 truck bearing Ohio license plate PWG4338 while acting as the agent of the vehicle's owner Defendant KAG LEASING INC.

10.     On or about July 10, 2018, as plaintiff's decedent was a bicyclist on Adams Street, at or near its intersection with Thomas Street, City of Newark, County of Essex and State of New Jersey, he was struck by that certain 2018 truck bearing Ohio license plate PWG4338, thereby causing him serious physical injuries and death.

11.     As a direct and proximate result of defendants' negligence, plaintiff's decedent sustained severe and permanent personal injuries of body, mind and emotion, resulting in death; endured excruciating pain and suffering over a prolonged period; became disabled and impaired; incurred liabilities for medical care and treatment; lost employment earnings; and suffered a significant diminution in the quality and enjoyment of life.

12.     Plaintiff MONICA MUNHOZ GOMES, the decedent's wife, was named Administrator Ad Prosequendum of the Estate of RENATO ROBERTO GOMES by the Essex County Surrogate's Court on July 31, 2018.

13.     This action is not barred by N.J.S.A. 39:6A-1, et seq.

     **WHEREFORE,** plaintiff demands judgment against the defendants, for damages, interest and costs of this action.

## SECOND COUNT

1.     Plaintiff repeats each and every allegation contained in the prior counts as though set forth herein.

2.     Defendants John and Jane Does 1-10 and ABC Corporations 1-10 are heretofore unidentified individuals and business entities named herein for the express purpose of tolling the applicable statute of limitations.

3.      On or about July 10, 2018, defendants, and each of them, owned, maintained, inspected, entrusted and/or operated their motor vehicle in such a careless, reckless and negligent manner as to cause their motor vehicle to collide with, and strike plaintiff's decedent.

4.      As a direct and proximate result of defendant's negligence, plaintiff's decedent sustained severe and permanent personal injuries of body, mind and emotion, resulting in death; endured excruciating pain and suffering over a prolonged period; became disabled and impaired; incurred liabilities for medical care and treatment; lost employment earnings; and suffered a significant diminution in the quality and enjoyment of life.

5.      This action is not barred by N.J.S.A. 39:6A-1 et seq.

        **WHEREFORE**, plaintiff demands judgment against the defendants, for damages, interest and costs of this action.

### THIRD COUNT

1.      Plaintiff repeats each and every allegation contained in the prior counts as though set forth herein.

2.      Plaintiffs' decedent left surviving his wife and children.

3.      As a result of the wrongful death of RENATO ROBERTO GOMES, deceased, his wife and children have suffered devastating losses, including economic losses.

4.      This action is brought within two years of the date of the decedent's death.

5.      Plaintiff, individually, and on behalf of the decedent's next of kin, herein asserts this cause of action pursuant to the provisions of N.J.S.A. 2A:31-1 et. seq.

6.      This action is not barred by N.J.S.A. 39:6A-1 et. seq.

        **WHEREFORE**, plaintiff demands judgment against the defendants, for damages, interest and costs of this action.

ESX-L-000983-19  02/05/2019 6:07:11 PM  Pg 5 of 9 Trans ID: LCV2019225809

## FOURTH COUNT

1.  Plaintiff repeats each and every allegation contained in the prior counts as though set forth herein.

2.  The Estate of RENATO ROBERTO GOMES, deceased, is liable for and, in fact, paid for the funeral and burial expenses and charges for the decedent.

3.  As a result of the negligence, carelessness and recklessness of the defendants, the deceased, RENATO ROBERTO GOMES, up to the time of his death, suffered injuries and endured great pain and suffering.

4.  Plaintiff asserts this cause of action pursuant to the provisions of N.J.S.A. 2A:15-3 et. seq.

5.  This action is brought within two years of the date of the decedent's death.

6.  This action is not barred by N.J.S.A. 39:6A-1 et. seq.

**WHEREFORE**, plaintiff demands judgment against the defendants, for damages, interest and costs of this action.

## JURY DEMAND

Plaintiff demands a trial by jury of all issues so triable.

## DEMAND FOR ANSWERS TO INTERROGATORIES

Pursuant to Rule 4:17-1 et seq., plaintiff hereby demands that all defendants provide answers to Form C and C-1 interrogatories.

## DEMAND FOR ANSWERS TO SUPPLEMENTAL INTERROGATORIES

Pursuant to Rule 4:17-1 et seq., plaintiff hereby demands that all defendants provide answers to the following supplemental interrogatories.

ESX-L-000983-19   02/05/2019 6:07:11 PM  Pg 6 of 9 Trans ID: LCV2019225809

1. State where you were coming from immediately prior to the incident and set forth your intended destination.

2. State whether you observed the plaintiff or plaintiff's bicycle prior to the collision.  If yes, state the approximate speed of each vehicle/person; where you were at the time you first observed the other vehicle/person; the distance between you and the other vehicle/person at the first moment you observed the other vehicle/person; and the amount of time that passed from the time of your first observation to the time of the impact.

3. Provide the name and address of any individuals or entities that you allege are responsible for the subject accident or plaintiff's alleged injuries.  Please describe how you believe those individuals or entities are responsible.

## DEMAND FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 4:18-1, et seq., plaintiff hereby demands that all defendants provide the following documents:

1. Any and all statements or reports made by any person or entity concerning this civil action or its subject matter.

2. Copies of any and all photographs in your possession of the vehicles, the location, or the parties involved in this accident.

3. Copies of any and all repairs estimates of the vehicles involved in this accident.

4. Copies of any claims information bureau or other insurance claims searches or other documents referencing any prior or subsequent injuries and/or claims by the plaintiff.

5. Copies of any statements made by any person with regard to the happening of the collision or having to do with the subject matter of this action.

6. Copies of any and all expert reports, reports of diagnostic tests, hospital and medical records, X-rays, CAT scan films, MRI films and any other films and bills relating to any condition or injury sustained by the plaintiff.

7. Copies of all written reports or summaries of oral reports of all expert or treating or examining physicians along with their curriculum vitae.

8. Copies of any and all books, treatises, commentaries, reports, statutes, codes, ordinances, rules, regulations or other published documents referred to, utilized by or relied upon by any expert witness whom plaintiff/defendant intends to call at the time of trial.

9. Copies of any and all documents, reports, correspondence, blue prints, charts, diagrams, drawings, graphs, maps, plats, plans, photographs, models or other visual reproductions of any object, place or thing prepared or utilized by, referred to or relied upon by any expert witnesses, whether or not you intend on calling them at the time of trial.

10. Copies of any and all photographs, diagrams, charts, drawings, maps, plans or models or other visual reproductions of any object, place or thing related to this litigation.

11. All documents, tangible evidence or other items relevant to the incident set forth in the plaintiff's complaint.

12. All deeds, leases, contracts, invoices, maintenance agreements, or records pertaining to any person, vehicle, or premises identified in the plaintiff's complaint.

13. Copies of any documents provided to drivers as part of their training or orientation.

14. If you are not supplying any statement, report, medical record or other item requested herein, identify the item; indicate who has possession of the item; specify their address and state the reason why the items are not being provided.

15. Provide copies of all documents you intend to use at trial, including for cross-examination and impeachment purposes.

## REQUEST FOR ADMISSIONS

Pursuant to Rule 4:22-1, et seq., plaintiff hereby demands that all defendants provide the following documents:

1. The accident that forms the basis of this action occurred on the date and at the place referenced in the complaint.

ESX-L-000983-19  02/05/2019 6:07:11 PM  Pg 8 of 9 Trans ID: LCV2019225809

2.      Defendant KLIDJAN BOZALI operated the truck attributed to him in the complaint at the time of the accident described in the complaint.

3.      Defendant JAG LEASING INC. owned the vehicle attributed to it in the complaint at the time of the accident described in the complaint.

4.      Defendant KAG LEASING INC. owned the vehicle attributed to it in the complaint at the time of the accident described in the complaint.

## DEMAND FOR DISCOVERY OF INSURANCE COVERAGE

Pursuant to R. 4:10-2 (b) demand is hereby made that you disclose to the undersigned whether there are any insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.  If the answer is "yes" attach a copy of each or in the alternative state, under oath or certification (a) number (b) name and address of insurer or issuer (c) inception and expiration dates (d) names and addresses of all persons insured thereunder (e) personal injury limits (f) property damage limits (g) medical payment limits (h) name and address of person who has custody and possession thereof (i) where and when each policy or agreement can be inspected and copied., (j) excess coverage, (k) concurrent coverage, (l) umbrella policies.

## CERTIFICATION OF COUNSEL

I hereby certify that the within action is not the subject of any other action or arbitration proceeding nor is any contemplated.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to Rule 4:25-4, the firm of Ginarte Gallardo Gonzalez Winograd, L.L.P. attorneys

for plaintiff, hereby appoints Robert H. Baumgarten, Esq. as trial counsel.

**GINARTE GALLARDO GONZALEZ
WINOGRAD, L.L.P.**
Attorneys for Plaintiff Moncia Munhóz Gomes,
Individually, and as Administrator Ad Prosequendum of the
Estate of RENATO ROBERTO GOMES, Deceased,

BY: _____
Robert H. Baumgarten, Esq.

Dated: February 5, 2019

ESX-L-000983-19   02/05/2019 6:07:11 PM  Pg 1 of 1 Trans ID: LCV2019225809

# Civil Case Information Statement

**Case Details: ESSEX | Civil Part Docket# L-000983-19**

**Case Caption:** MUNHOZ GOMES MONICA  VS BOZALI KLIDJAN

**Case Initiation Date:** 02/05/2019

**Attorney Name:** ROBERT HOWARD BAUMGARTEN

**Firm Name:** GINARTE GALLARDO GONZALEZ WINOGRAD, LLP

**Address:** 400 MARKET ST

NEWARK NJ 07105

**Phone:**

**Name of Party:** PLAINTIFF : Munhoz Gomes , Monica

**Name of Defendant's Primary Insurance Company (if known):** Unknown

**Case Type:** AUTO NEGLIGENCE-PERSONAL INJURY (NON-VERBAL THRESHOLD)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:
PORTUGUESE INTERPRETER

Do you or your client need any disability accommodations? NO
    If yes, please identify the requested accommodation:

Will an interpreter be needed? YES
    If yes, for what language:
        PORTUGUESE,PORTUGUESE,

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

**02/05/2019**
Dated

**/s/ ROBERT HOWARD BAUMGARTEN**
Signed

Exhibit B

GINARTE, GALLARDO, GONZALEZ, & WINOGRAD, L.L.P.
ATTORNEY ID# 001591985
400 MARKET STREET
NEWARK, NEW JERSEY 07105
(973) 854-8404
OUR FILE NO.: 252927
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| MONICA MUNHOZ GOMES,<br>Individually, and as Administrator Ad<br>Prosequendum of the ESTATE OF<br>RENATO ROBERTO GOMES, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>KLIDJAN BOZALI, JAG LEASING INC.,<br>KAG LEASING INC., JOHN and JANE<br>DOES 1-10 (said names being fictitious and<br>unknown) and ABC CORPORATIONS 1-<br>10 (fictitious individuals, corporations or<br>other business entities presently<br>unidentified),<br><br>Defendants. | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: ESSEX COUNTY<br>:<br>:<br>:<br>: DOCKET NO.: ESX-L-0983-19<br>:<br>:<br>:      **CIVIL ACTION**<br>:<br>:      **SUMMONS**<br>:<br>:<br>:<br>: |

THE STATE OF NEW JERSEY, TO THE ABOVE NAMED DEFENDANT(S):

**KAG Leasing Inc.,**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summon, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one for foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to Treasurer, State of New Jersey, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appears above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services is available in the Civil Division Management office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: **February 7, 2019**         /s/ *Michelle M. Smith*

                                    Michelle M. Smith, Superior Court Clerk

Name of defendant to be served: KAG Leasing Inc. C/o CORPORATION TRUST COMPANY

Address to be served: ~~4366 Mt. Pleasant Street NW~~ 1209 ORANGE ST

~~North Canton, OH 44720~~ WILMINGTON DE 19801

*$175.00 FOR CHANCERY DIVISION CASES OR $175.00 FOR LAW DIVISION CASES

## DEPUTY CLERKS' ADDRESSES

Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08830

Bergen County Justice Center, 10 Main St., Hackensack, NJ 07601

Burlington County Courts Facility, 49 Rancocas Rd., Mt. Holly, NJ 08060

Camden County Hall of Justice, 101 S. 5th St., Camden, NJ 08103-4001

Cape May County Cthse., Main St., Cape May Court House, NJ 08210

Cumberland County Court House, Broad & Fayette St., Bridgeton, NJ 08302

Essex County Cty. Cts. Bldg., 50 W. Market St., Newark, NJ 07102

Gloucester County Court House, 1 N. Broad St., Woodbury, NJ 08096

Hudson County Admin. Bldg., 595 Newark Ave., Jersey City, NJ 07306

Hunterton County Court House, Main Street, Flemington, NJ 08822

Mercer County Court House, P.O. Box 8068, Trenton, NJ 08650-0068

Middlesex County Court House, 1 Kennedy Sq., New Brunswick, NJ 08903

Monmouth County Court House, 71 Monument Park, Freehold, NJ 07728

Morris County Court House, P.O. Box 900, Morristown, NJ 07963-0900

Ocean County Court House, 118 Washington St., Toms River, NJ 08754

Passaic County Court House, 77 Hamilton St., Paterson, NJ 07505-2017

Salem County Court House, 92 Market St., Salem, NJ 08079

Somerset County Court House, P.O. Box 3000, Somerville, NJ 08876-1262

Sussex County Court House, 43-47 High St., Newton, NJ 07860

Union County Court House, 2 Broad St., Elizabeth, NJ 07207

Warren County Courthouse, 2nd & Hardwick St., Belvidere, NJ 07823

| | LEGAL AID OFFICES | LEGAL SERVICES OFFICES |
|---|---|---|
| Atlantic County | (609) 348-4200 | (609) 345-3444 |
| Bergen County | (201) 487-2166 | (201) 488-0044 or 692-1011 |
| Burlington County | (609) 261-1088 | (609) 261-4862 |
| Camden County | (609) 964-1002 | (609) 964-4520 |
| Cape May County | (609) 465-3001 | (609) 463-0313 |
| Cumberland County | (609) 692-2400 | (609) 692-6207 |
| Essex County | (973) 622-1514 | (973) 622-6207 |
| Gloucester County | (609) 848-5360 | (609) 848-4589 |
| Hudson County | (201) 792-6363 | (201) 798-2727 |
| Hunterdon County | (908) 782-7979 | (908) 735-2611 |
| Mercer County | (609) 695-6249 | (609) 890-6200 |
| Middlesex County | (609) 249-7600 | (609) 828-0053 |
| Monmouth County | (908) 747-7400 | (908) 431-5544 |
| Morris County | (201) 285-6911 | (201) 267-5882 |
| Ocean County | (908) 341-2727 | (908) 240-3666 |
| Passaic County | (201) 345-7171 | (201) 278-9223 |
| Salem County | (609) 451-0003 | (908) 678-8363 |
| Somerset County | (908) 231-0840 | (908) 685-2323 |
| Sussex County | (201) 383-7400 | (201) 267-5882 |
| Union County | (908) 527-4769 | (908) 353-4715 |
| Warren County | (908) 475-2010 | (908) 267-5882 |

GINARTE, GALLARDO, GONZALEZ, & WINOGRAD, L.L.P.
ATTORNEY ID# 001591985
400 MARKET STREET
NEWARK, NEW JERSEY 07105
(973) 854-8404
OUR FILE NO.: 252927
ATTORNEYS FOR PLAINTIFF

| | |
|---|---|
| MONICA MUNHOZ GOMES, Individually, and as Administrator Ad Prosequendum of the ESTATE OF RENATO ROBERTO GOMES, Deceased, | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION: ESSEX COUNTY<br>:<br>:<br>: DOCKET NO.: ESX-L-0983-19 |
| Plaintiff, | : CIVIL ACTION<br>:<br>: SUMMONS |
| vs. | : |
| KLIDJAN BOZALI, JAG LEASING INC., KAG LEASING INC., JOHN and JANE DOES 1-10 (said names being fictitious and unknown) and ABC CORPORATIONS 1-10 (fictitious individuals, corporations or other business entities presently unidentified), | : |
| Defendants. | |

THE STATE OF NEW JERSEY, TO THE ABOVE NAMED DEFENDANT(S):

**Klidjan Bozali,**

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summon, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one for foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to Treasurer, State of New Jersey, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appears above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services is available in the Civil Division Management office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

DATED: **February 7, 2019**            /s/ Michelle M. Smith

Michelle M. Smith, Superior Court Clerk

Name of defendant to be served:     **Klidjan Bozali**
Address to be served:     **3350 South Front St.**
**Whitehall Twp, PA  18052**

*$175.00 FOR CHANCERY DIVISION CASES OR $175.00 FOR LAW DIVISION CASES

## DEPUTY CLERKS' ADDRESSES

Atlantic County, 1201 Bacharach Blvd., Atlantic City, NJ 08830
Bergen County Justice Center, 10 Main St., Hackensack, NJ 07601
Burlington County Courts Facility, 49 Rancocas Rd., Mt. Holly, NJ 08060
Camden County Hall of Justice, 101 S. 5th St., Camden, NJ 08103-4001
Cape May County Cthse., Main St., Cape May Court House, NJ 08210
Cumberland County Court House, Broad & Fayette Sts., Bridgeton, NJ 08302
Essex County Cty. Cts. Bldg., 50 W. Market St., Newark, NJ 07102
Gloucester County Court House, 1 N. Broad St., Woodbury, NJ 08096
Hudson County Admin. Bldg., 595 Newark Ave., Jersey City, NJ 07306
Hunterton County Court House, Main Street, Flemington, NJ 08822
Mercer County Court House, P.O. Box 8068, Trenton, NJ 08650-0068
Middlesex County Court House, 1 Kennedy Sq., New Brunswick, NJ 08903
Monmouth County Court House, 71 Monument Park, Freehold, NJ 07728
Morris County Court House, P.O. Box 900, Morristown, NJ 07963-0900
Ocean County Court House, 118 Washington St., Toms River, NJ 08754
Passaic County Court House, 77 Hamilton St., Paterson, NJ 07505-2017
Salem County Court House, 92 Market St., Salem, NJ 08079
Somerset County Court House, P.O. Box 3000, Somerville, NJ 08876-1262
Sussex County Court House, 43-47 High St., Newton, NJ 07860
Union County Court House, 2 Broad St., Elizabeth, NJ 07207
Warren County Courthouse, 2nd & Hardwick St., Belvidere, NJ 07823

|  | LEGAL AID OFFICES | LEGAL SERVICES OFFICES |
|---|---|---|
| Atlantic County | (609) 348-4200 | (609) 345-3444 |
| Bergen County | (201) 487-2166 | (201) 488-0044 or 692-1011 |
| Burlington County | (609) 261-1088 | (609) 261-4862 |
| Camden County | (609) 964-1002 | (609) 964-4520 |
| Cape May County | (609) 465-3001 | (609) 463-0313 |
| Cumberland County | (609) 692-2400 | (609) 692-6207 |
| Essex County | (973) 622-1514 | (973) 622-6207 |
| Gloucester County | (609) 848-5360 | (609) 848-4589 |
| Hudson County | (201) 792-6363 | (201) 798-2727 |
| Hunterdon County | (908) 782-7979 | (908) 735-2611 |
| Mercer County | (609) 695-6249 | (609) 890-6200 |
| Middlesex County | (609) 249-7600 | (609) 828-0053 |
| Monmouth County | (908) 747-7400 | (908) 431-5544 |
| Morris County | (201) 285-6911 | (201) 267-5882 |
| Ocean County | (908) 341-2727 | (908) 240-3666 |
| Passaic County | (201) 345-7171 | (201) 278-9223 |
| Salem County | (609) 451-0003 | (908) 678-8363 |
| Somerset County | (908) 231-0840 | (908) 685-2323 |
| Sussex County | (201) 383-7400 | (201) 267-5882 |
| Union County | (908) 527-4769 | (908) 353-4715 |
| Warren County | (908) 475-2010 | (908) 267-5882 |