# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONICA MUNHOZ GOMES, Individually, and as Administrator Ad Prosequendum of the ESTATE OF RENATO ROBERTO GOMES, Deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>KLIDJAN BOZALI, JAG LEASING, INC., KAG LEASING, INC., JOHN and JANE DOES 1-10 (said names being fictitious and unknown) and ABC CORPORATIONS 1-10 (fictitious individuals, corporations or other business entities presently unidentified),<br><br>      Defendants. | NO. 2:19-cv-07985-JMV-MF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against and between all parties.

**GINARTE GALLARDO**              **COZEN O'CONNOR**
**GONZALEZ WINOGRAD, LLP**

By: /s/ Robert H. Baumgarten         By: Dylan Alper
  ROBERT H. BAUMGARTEN         DYLAN ALPER
Attorney for Plaintiff               Attorney for Defendant

Dated: March 4, 2021               Dated: